**Order entered October 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01343-CV

### MATT MALOUF, Appellant

### V.

### STERQUELL PSF SETTLEMENT, L.C., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02371**

## ORDER

This order is the third in connection with a September 27, 2018 unopposed motion to supplement the reporter's record with a copy of plaintiff's exhibit 114. Our first order, dated September 28, 2018, granted the motion and directed court reporter Vielica Dobbins to file the supplemental record no later than October 8, 2018. After Ms. Dobbins failed to comply or otherwise communicate with the Court, we issued a second order directing her to file the record no later than October 22, 2018. Again, Ms. Dobbins failed to comply and, as of this date, she has not otherwise communicated with the Court.

Accordingly, we **ORDER** Ms. Dobbins to file the supplemental record **by 3:00 p.m. on November 2, 2018.** *Failure to comply could result in an order that Ms. Dobbins not sit as a reporter until the record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale B.

Tillery, Presiding Judge of the 134th Judicial District Court; Ms. Dobbins; and the parties.

/s/    DAVID EVANS
        JUSTICE